CITY OF NEW YORK, Plaintiff, *v.* HORACE PORTER, as Trustee of School District No. 24, Town of Wawarsing, Ulster County, et al., Appellants, and BLANCHE CURRY, as Collector of Union Free School District No. 1 of the Towns of Neversink and Fallsburg, Sullivan County, and Denning, Wawarsing and Rochester, Ulster County, et al., Respondents.

Argued March 3, 1949; decided April 14, 1949.

*Leroy Lounsberry* and *H. Westlake Coons* for appellants.

*Robert C. Killough* and *Charles A. Brind, Jr.,* for Commissioner of Education, *amicus curiæ,* in support of appellants' position.

*Andrew Wright Lent* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.